McGREGOR W. SCOTT
United States Attorney
IAN L. GARRIQUES
Assistant U.S. Attorney
Suite 4401, Federal Courthouse
2500 Tulare Street
Fresno, CA  93721
Telephone: (559) 497-4000

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:07-cr-00286 LJO |
| Plaintiff, | STIPULATION AND ORDER THEREON FOR CONTINUANCE |
| v. | Date: April 4, 2008 |
| ALFREDO GARCIA-GUDINO, | Time: 9:00 a.m. |
| | Judge: Hon. Lawrence J. O'Neill |
| Defendant. | |

    IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney and Ian L. Garriques, Assistant U.S. Attorney and Robert W. Rainwater, attorney for defendant, Alfredo Garcia-Gudino, that the status conference currently scheduled for March 14, 2008, be continued to **April 4, 2008** at 9:00 a.m.  The parties agree that the delay from the continuance shall be excluded from the calculation of time under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

    The reason for the continuance is to allow time for the preparation of a pre-plea presentence report and further plea negotiations.  The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for

1  defendant may have reasonable time necessary for effective
2  preparation, taking into account the exercise of due diligence.
3  18 U.S.C. § 3161(h)(8)(B)(iv).  The parties stipulate and agree
4  that the interests of justice served by granting this continuance
5  outweigh the best interests of the public and the defendant in a
6  speedy trial.  18 U.S.C. § 3161(h)(8)(A).

7
   Dated: March 11, 2008                  Respectfully submitted,
8
                                          McGREGOR W. SCOTT
9                                         United States Attorney

10                                   By:  /s/ Ian L. Garriques
                                          IAN L. GARRIQUES
11                                        Assistant U.S. Attorney

12

13                                        DANIEL J. BRODERICK
                                          Federal Defender
14
   Dated: March 11, 2008                  /s/ Robert W. Rainwater
15                                        ROBERT W. RAINWATER
                                          Attorney for Defendant
16

17

18
                              **O R D E R**
19   The intervening period of delay is excluded in the interests of
20  justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and
21  3161(h)(8)(B)(iv).

22

23  IT IS SO ORDERED.

24  **Dated:   March 11, 2008**            /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE
25

26

27

28